UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TERILE L. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social <br> Security Administration, <br><br> Defendant. | Case No. CV-16-157-BLG-TJC <br><br> JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision be REVERSED and this matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Order.

     Dated this 29th day of March, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Judith D. Rhoades
                              Judith D. Rhoades, Deputy Clerk