## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TERILE L. GARCIA,<br><br>                       Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>                       Defendant. | CV 16-157-BLG-TJC<br><br><br>**ORDER** |

       Plaintiff Terile L. Garcia has filed an Application for Award of EAJA Fees ("Application").  (Doc. 23.)  However, the body of Plaintiff's Application refers to Pamela A. Gustafson, and not to the plaintiff in this case, Ms. Garcia.  (Doc. 23 at 1.)  Accordingly,

       IT IS ORDERED that Plaintiff's Application is **DENIED** without prejudice. Plaintiff may refile her Application, provided she clarifies that this Application was not mistakenly filed in her case.

       DATED this 6th day of June, 2018.

                                   _____
                                   TIMOTHY J. CAVAN
                                   United States Magistrate Judge