IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TERILE L. GARCIA, | CV 16-157-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

On March 29, 2018, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 21.) That same day, the Clerk of Court entered a separate judgment. (Doc. 22.)

Plaintiff has now filed a motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). (Doc. 25.) Plaintiff requests $8,031.61 in attorney's fees. The Commissioner has not opposed the motion.

There being no objection from the Commissioner, the Court will grant the motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Amended Application for Award of EAJA Fees is GRANTED.

/ / /

The Commissioner must promptly pay Plaintiff's counsel attorney fees in the amount of $8,031.61.

DATED this 13th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge